UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SALVADORE LAMONTE                                                                    PLAINTIFF

V.                                                        CIVIL ACTION NO. 3:24-CV-285-KHJ-MTP

NURSE NANCEY WALTZER                                                              DEFENDANT

ORDER

Before the Court is the [29] Report and Recommendation of United States Magistrate Judge Michael T. Parker. The [29] Report recommends granting Defendant Nurse Nancey Waltzer's ("Waltzer") [25] Amended Motion for Summary Judgment.[1] Report and Recommendation [29] at 1, 5. Written objections to the [29] Report were due by August 26, 2025. *Id.* at 5. And the [29] Report notified the parties that failure to file written objections by that date would bar further appeal in accordance with 28 U.S.C. § 636. *See id.* No party objected, and the time to do so has passed.

The Court must review de novo a magistrate judge's report only when a party objects to the report within 14 days of being served with a copy. 28 U.S.C. § 636(b)(1). When no party timely objects, the Court applies "the clearly erroneous, abuse of discretion and contrary to law standard of review." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam) (citation modified). And

---

[1] Although the [1] Complaint and later filings read "Nurse Nancey Waltzer", Waltzer's first name is "Nina." *See* [14] Order Directing Summons to Issue. For consistency, the Court does not correct Waltzer's name in this Order.

the Court need not "reiterate the findings and conclusions of the magistrate judge." *Koetting v. Thompson*, 995 F.2d 37, 40 (5th Cir. 1993) (per curiam).

Pro se Plaintiff Salvadore Lamonte ("Lamonte") filed this Section 1983 claim in May 2024. Compl. [1] at 1. Lamonte is incarcerated with the Central Mississippi Correctional Facility ("CMCF") in Pearl, Mississippi. *Id.* at 2. CMCF employed Waltzer as a nurse. *Id.* From September 2023 onward, Lamonte claims Waltzer refused to arrange offsite care for his swollen leg and damaged teeth. *Id.* at 4–5. Waltzer moved for summary judgment, arguing Lamonte failed to exhaust his administrative remedies.[2] Def.'s Amended Mot. for Summ. J. [25]. On that basis, the [29] Report recommends granting Waltzer's [25] Motion and dismissing this case without prejudice. [29] 1, 5. The Court agrees.

Finding the [29] Report neither clearly erroneous nor contrary to law, the Court ADOPTS the [29] Report as its opinion, GRANTS the [25] Motion for Summary Judgment, DENIES AS MOOT Waltzer's original [20] Motion for Summary Judgment and DISMISSES the [1] Complaint without prejudice. In doing so, the Court has considered all arguments raised. Those arguments not addressed would not have altered the Court's decision. The Court will enter a separate final judgment consistent with this Order.

---

[2] The Magistrate Judge ordered Waltzer to amend her [20] Motion. Order [24]. Waltzer filed her [25] Amended Motion two weeks later. [25]. The Court finds as moot Waltzer's original [20] Motion.

SO ORDERED, this 3rd day of September, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE
